H. J. SNOW AND ANOTHER v. P. M. MOREHOUSE AND ANOTHER.

A new defendant was impleaded by an amended petition, and he acknowledged service of it, but there was no service on him of a copy of the original petition, which· set forth the gravamen of the plaintiff's case. *Held*, that it was error to render judgment against him by default.

ERROR from Kaufman.    Tried below before the Hon. John G. Scott.

There is no occasion for a statement of the facts.

*G. J. Clark* and *T. J. Word*, for the plaintiff in error.

No brief for the defendants in error.

OGDEN, J.    The return of the sheriff of the service made on the defendant below, Snow, is defective.    On the citation to appear and answer the sheriff returns that the same was executed by delivering to the defendant a certified copy of the

writ of injunction. It does not appear from this return, nor from anything else furnished by the record, that the defendant, Snow, was, at any time, served with a citation or copy of the petition. And the acceptance of service by Wilson, the other defendant below, is indorsed upon the amended petition, but there is no evidence that he accepted service upon the original petition, or that he was ever served with a copy of the same. We think the court erred in rendering judgment against either of the defendants by default, upon such service. It had no jurisdiction of the parties, and the judgment against them is without authority of law. The judgment is reversed, and the cause remanded.

Reversed and remanded.